

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Prime Cargo Group, Inc., Appellant

No. 06-24-00096-CV        v.

Quevin Rivera, Appellee

Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV45466).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that the appellant, Prime Cargo Group, Inc., pay all costs incurred by reason of this appeal.

RENDERED DECEMBER 17, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk